IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| | : | |
| PIPELINE – WESTLAKE HOSPITAL, LLC | : | Case No. 19-11757 |
| | : | |
| | : | |
| Debtor. | : | |

**NOTICE OF THE APPOINTMENT OF AN**
**INTERIM TRUSTEE/TRUSTEE IN A CHAPTER 7 CASE**

TO:   Alfred T. Giuliano

You are hereby notified of your appointment in a case under Chapter 7 of the United States Bankruptcy Code as the Interim Trustee/Trustee of the estate of the above-named debtor. The amount of your bond has been fixed by the United States Trustee. You are required to notify **T. PATRICK TINKER, ASSISTANT UNITED STATES TRUSTEE,** at the J. Caleb Boggs Federal Building & Courthouse, 844 N. King Street, Room 2207, Wilmington, DE. 19801 in writing within five (5) days after receipt of this notice only if you reject this case.

**ANDREW R. VARA**
**ACTING UNITED STATES TRUSTEE**
**T. PATRICK TINKER**
**ASSISTANT UNITED STATES TRUSTEE**

Dated: August 5, 2019