# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PIPELINE – WESTLAKE HOSPITAL, | : | Case No. 19-11757 (KBO) |
| LLC d/b/a DBA WESTLAKE HOSPITAL, | : | |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER GRANTING WESTLAKE OPCO'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE CERTAIN PORTIONS OF ITS CREDITOR MATRIX, SCHEDULES AND STATEMENTS, AND RELATED DOCUMENTS CONTAINING EMPLOYEE INFORMATION UNDER SEAL

Upon the motion (the "Motion") of the Pipeline-Westlake Hospital, LLC (the "Debtor") for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, section 1028(d) of title 18 of the United States Code, and Local Rule 9018-1(b), authorizing it to file under seal those portions of the Documents to be Sealed[3] that contain the Employees' home addresses; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estates, its creditors, and other parties in interest; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances,

---

[3] Capitalized terms used by not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to file under seal those portions of the Documents to be Sealed that contain the Employees' home addresses.

3. The Debtor will provide unredacted information in the Documents to be Sealed on a confidential basis to the Court, the chapter 7 Trustee, and the Office of the U.S. Trustee.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtor and the Chapter 7 Trustee appointed in the bankruptcy case are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: August 6th, 2019  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE

2